CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 0 2 2005

JOHN F CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARK TODD SHOWALTER, ) | |
|    Plaintiff, ) | Civil Action No. 7:05-cv-00651 |
| ) | |
| v. ) | **DISMISSAL ORDER** |
| ) | |
| DIRECTOR, VIRGINIA ) | |
| DEPARTMENT OF CORRECTIONS, ) | |
| et al., ) | By: Samuel G. Wilson |
|    Defendant. ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1), and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendants, if known.

**ENTER**: This 2⁻¹ day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE